# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| **ESTELEANE LEWIS and** <br> **CECIL LEWIS,** <br>       **Plaintiffs,** <br><br>   v. <br><br> **PEEBLES, INC., STAGE STORES,** <br> **INC., and SPECIALTY RETAILERS** <br> **(TX), LP,** <br>       **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> )   **Case No. 1:06-0059** <br> )   **Judge Echols** <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Defendants Peebles, Inc., Stage Stores, Inc., and Specialty Retailers (TX) LP's Motion for Summary Judgment (Docket Entry No. 15) is hereby DENIED.

This case is hereby returned to the Magistrate for further proceedings consistent with Local Rule 16.01 to ensure that this case is ready for a non-jury trial set for **Tuesday, November 6, 2007, at 9:00 a.m.** and the pretrial conference set for **Monday, October 1, 2007, at 3:30 p.m.** (Docket Entry No. 9). The Magistrate Judge shall ensure all pretrial discovery issues are resolved, any evidentiary issues are decided, and this case is ready for trial on the date scheduled without further intervention by the Court. All such matters should be resolved before the final pretrial conference as scheduled above.

It is so ORDERED.

                                                           _/s/ Robert L. Echols_ <br>
                                                         ROBERT L. ECHOLS <br>
                                                         UNITED STATES DISTRICT JUDGE