UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| **ESTELEANE LEWIS, ET AL.** | ) | |
| | ) | |
| v. | ) | NO. 1:06-0059 |
| | ) | JUDGE ECHOLS |
| **PEEBLES, INC., ET AL.** | ) | |

**O R D E R**

Pursuant to the Stipulation of Voluntary Dismissal (Docket Entry No. 31), this action is hereby dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE